# EXHIBIT A

Federal Protective Service
Contract Suitability Adjudication Program

Federal Protective Service
Department of Homeland Security
1900 Half Street SW Suite 5350
Washington, DC 20536
202-245-2606



U.S. Immigration
and Customs
Enforcement

Apr 15, 2008

MEMORANDUM:   HARRY MANNING
              GENERAL SERVICES ADMINISTRATION
              Fairfax, VA 22031

FROM:         Caspar, William
              Personnel Security Specialist
              Federal Protective Service Contract Suitability Adjudication Program

SUBJECT:      GSA Final Suitability Determination Letter - Favorable
              NAME:    OHENEBA KWAME GYAMFI
              SSN:     XXX-XX-1257
              Position: Others (FPS/HQ)

The Federal Protective Service Contract Suitability Adjudication Program has favorably adjudicated the above-mentioned individual's investigation.

    INVESTIGATION REVIEWED

By the Federal Protective Service Contract Suitability Adjudication Program.

The file indicated that the investigation was completed on 04-15-2008. This clearance is valid for five (5) years from the date of adjudication.

Type of investigation: SSBI___ BI___ LBI___ MBI___ NACI_x_ NACLC___ Law Enforcement Checks___