# U.S. District Court

## Maryland - Greenbelt

Receipt Date: Mar 29, 2024 9:29AM

Oheneba Kwame Gyamfi
905 Jackson Valley Ct
Bowie, MD 20721

Rcpt. No: 1860　　　　　　　　　　Trans. Date: Mar 29, 2024 9:29AM　　　　　　　　　　Cashier ID: #AH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 24CV0925

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.